**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEOPOLDO BAJALA, | No. 06-71049 |
| Petitioner, | Agency No. A038-461-235 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009**

Before:    ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Leopoldo Bajala, a native and citizen of the Philippines, petitions for review

of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's removal order.  We have jurisdiction pursuant to 8 U.S.C.

---

*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**    The panel unanimously finds this case suitable for decision without
oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1252.  We review de novo questions of law, *Altamirano v. Gonzales*, 427 F.3d 586, 591 (9th Cir. 2005), and we deny the petition for review.

Bajala's contention that his conviction under California Health & Safety Code § 11358 is not an aggravated felony is foreclosed by *United States v. Reveles-Espinoza*, 522 F.3d 1044, 1047 (9th Cir. 2008) (per curiam).  Accordingly, the agency properly concluded that Bajala was not eligible for cancellation of removal.  *See* 8 U.S.C. § 1229b(a)(3).

**PETITION FOR REVIEW DENIED.**